AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 2 4 2015
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

United States of America )
v. )
) Case No. 8:15-m-72(GLF)
)
Dardan ISUFI )
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   February 21, 2015   in the county of   Clinton   in the   NORTHERN   District of   NEW YORK  , the defendant violated   8   U. S. C. §   1325(a)(1)  , an offense described as follows:

Dardan ISUFI an alien, entered the United States from Canada, on foot, at a time and place other than as designated by United States Immigration Officers, for the entrance of immigrants into the United States.

This criminal complaint is based on these facts:

On, February 21, 2015 at approximately 7:00 p.m., Swanton Sector Dispatch (KAD 640) advised U.S. Border Patrol Agents (BPAs) in Champlain, NY that they had received electronic alerts in the vicinity of the "Knuckle" and that they had visual of two subjects walking southbound from Canada into the United States. The "Knuckle" is an area in Rouses Point, NY that is often used to illegally enter the United States without detection. BPAs responded to the area and encountered two subjects who were later identified as Dardan ISUFI and Valjerin KOLJNREKAJ. During questioning it was determined that both subjects were in the United States illegally and had no documents that would allow them to be in or remain in the United States. Dardan ISUFI is a citizen and national of Kosovo. ISUFI has no valid immigration status in the United States nor is he a citizen of the United States. ISUFI has no immigration or criminal history in the United States nor has he applied for admission at a United States Port of Entry. ISUFI applied for refugee status in Canada and was denied, he also has an active immigration warrant in Canada. ISUFI has not applied to come to the United States legally nor does he have any pending claim for status in the United States.

*Complainant's signature*

Kevin Dubuque, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   February 24, 2015

*Judge's signature*

City and state:   Plattsburgh, New York         Hon. Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*